| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | <br>Order Filed on June 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  JEANNE PUZINO | Case No.:  22-12456VFP<br><br>Hearing Date:  6/2/2022<br><br>Judge:  VINCENT F. PAPALIA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 7, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.:  22-12456VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 06/02/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must make a payment of $400.00 within 7 days or the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney